UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:25-CV-00159-TRM-MJD

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.48 ACRE OF LAND, MORE OR
LESS, IN McMINN COUNTY, TENNESSEE, and
RUSSELL THOMPSON,
BRENDA THOMPSON, his wife,
NATIONSTAR MORTGAGE LLC,
REALTY TITLE AND ESCROW SERVICES, INC.,
   trustee,
MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC. (MERS), beneficiary and nominee,
Defendants.

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF AN
ORDER DIRECTING DEPOSIT OF FUNDS**

This is a federal condemnation action in which the Plaintiff, the United States of America upon the relation and for the use of the Tennessee Valley Authority (TVA), moves the Court, pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114−3118 (2012) (formerly codified at 40 U.S.C. §§ 258a-258e-1), for entry of an order directing the Clerk of Court to invest, in accordance with Local Rule 67.1(b), all sums tendered to the Clerk by the Plaintiff.

As grounds for this motion, Plaintiff states that the Declaration of Taking Act is applicable to condemnations such as this under the TVA Act (*see* 16 U.S.C. § 831c(i)); that the Declaration of Taking Act authorizes the deposit with the Court of the funds tendered by Plaintiff, and that, upon acceptance and deposit of the funds tendered by Plaintiff, all

1

requirements of the Declaration of Taking Act will have been fulfilled and Plaintiff will be entitled to an order of immediate possession pursuant to 40 U.S.C. § 3114(d)(1).

A proposed order of possession will be submitted by email to the assigned judge's chambers in Word format pursuant to TNED ECF Rules and Procedures 4.9.

Respectfully submitted,

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Assistant General Counsel
John E. Pevy (TN BAR 034390)
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's *Ex Parte* Motion for Entry of an Order Directing Deposit of Funds was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt (parties may access this filing through the Court's ECF system).

A copy of this document is being sent to the Defendants by regular U.S. mail as indicated below:

> Russell Thompson
> 3489 Highway 39 W
> Athens, Tennessee 37303
>
> Brenda Thompson
> 3489 Highway 39 W
> Athens, Tennessee 37303
>
> Nationstar Mortgage LLC
> c/o Corporation Service Company
> (registered agent for service of process)
> 2908 Poston Avenue
> Nashville, Tennessee 37203
>
> Realty Title and Escrow Services, Inc.
> 4633 N. Lee Highway
> Cleveland, Tennessee 37312
>
> Mortgage Electronic Registration Systems, Inc.
> 11819 Miami Street, Suite 100
> Omaha, Nebraska 68164

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Attorney for Plaintiff

130673663