UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| upon the relation and for the use of the ) | Case No. 1:25-cv-159 |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | Judge Travis R. McDonough |
| *Plaintiff*, ) | |
| ) | Magistrate Judge Michael J. Dumitru |
| v. ) | |
| ) | |
| AN EASEMENT AND RIGHT-OF-WAY ) | |
| OVER 0.48 ACRE OF LAND, MORE OF ) | |
| LESS, IN McMINN COUNTY, ) | |
| TENNESSEE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**JUDGMENT ORDER**

Consistent with the contemporaneously filed memorandum opinion, this action is **DISMISSED WITH PREJUDICE** subject to the conditions outlined in the opinion. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
*s/ LeAnna R. Wilson*
**CLERK OF COURT**